```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BEN GALLOWAY, Bar #14897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DEAN PAYNE-WILSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>   v.                         )<br>                              )<br> SEAN PAYNE-WILSON,            )<br>                              )<br>            Defendant.        )<br>                              )<br>_____) | NO.  07-mj-0373-DAD<br><br>STIPULATION AND ORDER<br><br>Date:  February 19, 2008<br>Time:  10:00 a.m.<br>Judge: Dale A. Drozd |

The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, SEAN PAYNE-WILSON, by and through his counsel BEN GALLOWAY of the Federal Defenders Office, stipulate that the court trial set for January 30, 2008, be rescheduled for Tuesday, February 19, 2008 at 10:00 a.m.  This continuance is requested so that defense counsel has time to review the discovery that was just provided by the government.

/////

/////

/////

/////

/////

1  Dated: January 29, 2008                Respectfully submitted,

2
                                          DANIEL J. BRODERICK
3                                         Federal Defender

4                                         /s/ Ben Galloway

5                                         _____
                                          BEN GALLOWAY
                                          Staff Attorney
6                                         Attorney for Defendant
                                          ALFREDO CORRAL
7

8  Dated:  January 29, 2008               MCGREGOR W. SCOTT
                                          United States Attorney
9
                                          /s/ Matthew Stegman
10
                                          _____
                                          MATTHEW STEGMAN
11                                        Assistant U.S. Attorney

12                              **O R D E R**

13

14       IT IS SO ORDERED that the court trial will now be set for February

15  19, 2008 at 10:00 a.m.

16  IT IS SO ORDERED.

17  DATED: January 29, 2008.

18

19                           _____
                             DALE A. DROZD
20                           UNITED STATES MAGISTRATE JUDGE

21

22

23  Ddad1/orders.criminal/payne-wilson0373.stipord

24

25

26

27

28

2